IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR PIZARRO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY, Michael J. Astrue,<br><br>　　　　Defendant.<br>_____/ | No. 08-cv-0035 OWW TAG<br><br>ORDER FOR SERVICE OF AMENDED COMPLAINT<br>(Doc. 7) |

　　　　On January 30, 2008, plaintiff Tamar Pizarro ("Plaintiff"), proceeding pro se and in forma pauperis, filed an amended Social Security complaint pursuant to this Court's order. (Docs. 3,6, 7). Because Plaintiff is pro se, this Court must construe her pleadings liberally. Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Weilburg v. Shapiro, 488 F.3d 1202, 1205 (9th Cir. 2007). In accordance with this standard, the undersigned finds that Plaintiff's amended complaint, together with the documents attached thereto, is sufficient to commence the instant action. 28 U.S.C. § 1915(e)(2); 42 U.S.C. §§ 405(g), 1383(c)(3); Fed.R.Civ.P. 8(a).

　　　　Because Plaintiff is proceeding in forma pauperis, it is HEREBY ORDERED that:

　　　　The Clerk ISSUE SUMMONS and the United States Marshal SERVE a copy of the amended complaint, summons, and this order upon the defendant(s) as directed

///

1

1 | by Plaintiff, Tamar Pizarro. All costs of service shall be advanced by the United
2 | States.

5 | IT IS SO ORDERED.

6 | Dated:  **February 20, 2008**                    **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE

2