# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PIZARRO, | Case No. 1:08-cv-00035 TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Tamara Pizarro ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed an amended Social Security complaint pursuant to this Court's order. (Docs. 3, 6, 7.) On January 15, 2008, this Court issued a Scheduling Order, which was served on Plaintiff on that same date. (Doc. 4; *see* Docket Sheet generally.) A summons was issued to the Commissioner of Social Security, Michael J. Astrue ("Defendant"), on February 25, 2008 (Doc. 9), and returned executed on March 13, 2008 (Doc. 11).

On or about July 3, 2008, Defendant filed its notice of lodging of the administrative record, an action that initiated the briefing process. (Docs. 17, 18.) The January 15, 2008 Scheduling Order requires Plaintiff to serve on Defendant a letter brief within 30 days of service of the administrative record. (Doc. 4 at p. 2.) The Scheduling Order also requires that Defendant's responsive letter brief must be served within 35 days, after which *Plaintiff has 30 days within which to file an opening brief*. (*Ibid.*) The Scheduling Order explains to Plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (*Id.* at p. 6.)

According to the Scheduling Order, Plaintiff had to file her opening brief in 35 + 30 days, or 65 days, from July 3, 2008.  (*Id.* at p. 2.)  The Court calculates September 8, 2008 as the deadline to file and serve Plaintiff's opening brief.  Plaintiff has filed no opening brief in compliance with this Court's orders.

Accordingly, this Court ORDERS Plaintiff, no later than January 27, 2009, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's orders.  The Court will vacate this Order to Show Cause if Plaintiff files and serves her opening brief no later than January 23, 2009.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 31, 2008**                         /s/ Theresa A. Goldner
                                                       UNITED STATES MAGISTRATE JUDGE